UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

LISA LEONARDO,
**Plaintiff**

v.

C.A. NO. 08-200 ML

TOWN OF TIVERTON; JAMES AMARANTES, TREASURER; LOUISE DURFEE, PRESIDENT OF TOWN COUNCIL; W. GLENN STECKMAN III, TOWN ADMINISTRATOR; THOMAS BLAKEY, CHIEF OF POLICE
**Defendants**

**STIPULATION**

The undersigned attorney, Marc DeSisto, counsel to the Defendants in the above-captioned matter, stipulates that he will accept service of the Complaint on behalf of the Defendants Town of Tiverton; James Amarantes, Treasurer; Louise Durfee, President of Town Council and Thomas Blakey, Chief of Police, and has represented that he has been authorized by the above-referenced Defendants to do so.

Respectfully Submitted,
Counsel for the Defendants,
Marc DeSisto, Esq. (#2757)
DeSisto Law Offices
211 Angell Street
Providence, RI 02906

/s/ Marc DeSisto

Service Accepted On: 6/23/08

Counsel for the Plaintiff,
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903

/s/ Stephen T. Fanning